NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RICHARD WILLIAMSON, | : | Civil No. 10-5758 (JLL) |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| FEDERAL RESERVE BANK OF NEW YORK, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**LINARES, District Judge.**

On November 22, 2010, this Court denied Plaintiff's application to proceed <u>in forma pauperis</u> and directed Plaintiff to either to remit the $350.00 filing fee or submit an amended <u>in forma pauperis</u> application demonstrating why he is unable to remit this fee.   Plaintiff has since remitted the $350.00 filing fee.

Accordingly, **IT IS** on this **10th day of January, 2011**,

**ORDERED** that the Clerk of the Court shall file Plaintiff's Complaint; and it is further

**ORDERED** that Plaintiff shall be guided by Federal Rule of Civil Procedure 4 which sets forth the requirements imposed on civil litigants for the commencement of a civil action.

Jose L. Linares
United States District Judge

1